ABRAHAM BUTENSKY, Appellant, v. GEORGE V. N. BALDWIN, JR., and RICHARD V. N. GAMBRILL, Individually and as Executors and Trustees, etc., of GEORGE WILLETT VANEST, Deceased, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Estate Tax on the Estate of MARY V. FITZSIMMONS, Deceased. STATE TAX COMMISSION, Appellant; FLORENCE R. FITZSIMMONS, Executrix, Respondent.— Order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ. [158 Misc. 789.]

: RUTH MCPHEE, an Infant, by ALFRED MCPHEE, Her Guardian ad Litem, Appellant, v. JOSEPH MASCETTA, Defendant, Impleaded with KROGER-JONAS, INC., Respondent.— Judgment so far as appealed from unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

LEONARD EDWARDS, Appellant, v. THE SILVER MOUNT CEMETERY ASSOCIATION, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

|· THE WEST FORTY-SEVENTH STREET REALTY CORPORATION, Appellant, v. SOLOMON SCHAPIERER, Respondent, Impleaded with Another.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

HENRY WITTY, Appellant, v. ADRIAN C. HUMPHREYS, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

ESTHER ALTMAN, Appellant, v. BROWN, WHEELOCK, HARRIS & Co., INC., Respondent.— Judgment and order reversed, with costs, and the motion denied, with ten dollars costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.; O'Malley, J., dissents and votes for affirmance.

THE MARINE MIDLAND TRUST COMPANY OF NEW YORK (Formerly FIDELITY TRUST COMPANY OF NEW YORK), as Trustee, etc., Plaintiff, v. MARIE BOCK, GUARANTY TRUST COMPANY OF NEW YORK, as Administrator, etc., of ANDREW KOPKE, Deceased, Respondents, and PHILIP GEORGE KRAEMER and Others, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, Townley and Glennon, JJ.

CHARLES McC. REEVE and Another, Appellants, v. THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, Respondent, Impleaded with Others.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

NEW YORK DOCK COMPANY, Respondent, v. THOMAS H. BROWN, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to serve an amended answer within ten days after service of order upon payment of said costs and the ten dollars costs of motion awarded at Special Term. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

ARUNDEL CORPORATION, Respondent, v. THE CITY OF NEW YORK, Appellant. — Judgment unanimously affirmed, with costs. No opinion. Present — McAvoy, O'Malley, Townley and Glennon, JJ.